# UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

United States of America
v.
Timothy Jallah
*Defendant*

Case No. 26-3049-01-TJB

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED on this 18th day of September, 2026, that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

### Release on Bond

(5) Bail be fixed at $ 100,000 and the defendant shall be released upon:

☒ Executing an unsecured appearance bond ☐ with co-signor(s) ______;

☐ Executing a secured appearance bond ☐ with co-signor(s) ______,

and/or ☐ execute an agreement to forfeit designated property located at ______

______. Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.

☐ Executing an appearance bond with approved sureties.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of: ______________________________

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: ______________________ *Custodian* ______________ *Date*

( ☒ ) (7) The defendant must report to Pretrial Services ("PTS") as directed.

( ☐ ) (a) maintain or actively seek employment and/or commence an education program.
( ☒ ) (b) surrender all passports and travel documents to PTS. Do not apply for new travel documents.
( ☐ ) (c) not obtain a passport or other international travel document.
( ☒ ) (d) maintain current residence or residences approved by PTS.
( ☒ ) (e) the defendant's travel is restricted to ☒ New Jersey ☐ Other ______________ unless approved by Pretrial Services (PTS).
( ☐ ) (f) have no contact with the following individuals: ______________________________
( ☐ ) (g) no contact with minors unless in the continual presence of a parent or guardian who is aware of the present offense.
( ☐ ) (h) mental health testing and treatment as deemed appropriate by Pretrial Services.
( ☒ ) (i) refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be lawfully removed in accordance with local, state, and federal regulations by w/in 24 hrs and verification provided to PTS. Surrender all firearms and purchaser's identification cards and permits to PTS.
( ☐ ) (j) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☒ ) (k) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☒ ) (l) submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances. Participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
( ☐ ) (m) participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component (**check one**):

( ☐ ) (1) **Curfew.** You are restricted to your residence every day ( ) from ______ to ______, or ( ☐ ) as directed by the pretrial services office or supervising officer; or

( ☐ ) (2) **Home Detention.** You are restricted to your residence at all times except for education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; Additionally, employment ☐ is permitted or ☐ is not permitted or

( ☐ ) (3) **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or

( ☐ ) (4) **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

(ii) ( ☐ ) submit to the location monitoring technology as directed by PTS.

(iii) ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (n) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software. Computers, as defined in 18 U.S.C. § 1030(e)(1), and connected devices include desktop and laptop computers, smartphones, smart watches, tablets, smart TVs, smart appliances/Internet of Things (IoT) devices, hub and personal assistant devices, and all network accessing devices, including internet-connected gaming systems.
The defendant is responsible for all computer monitoring costs for approved devices, based upon ability to pay as determined by the Pretrial Services.

( ☐ ) (1) **No Computers** - defendant is prohibited from possession and/or use of computers or connected devices. The defendant may be approved by Pretrial Services to possess and use one non-internet or "dumb" phone. This approved phone cannot have the ability to connect to the internet, take pictures, send or receive text messages with multimedia content. Call logs and text messaging on this phone may be subject to review by Pretrial Services.

( ☐ ) (2) **Computer** – No Internet Access: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc).

( ☐ ) (3) **Computer With Internet Access:** defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at ☐ home ☐ for employment purposes. The defendant hereby consents to Pretrial Services' use of electronic detection devices to evaluate the defendant's access to wi-fi connections.

( ☐ ) (4) **Consent of Other Residents** - by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services. Any home computer network utilized by the defendant is subject to inspection for compliance by Pretrial Services.

( ☑ ) (o) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (p) No contact with co-defendants or witnesses.

Comply with State Probation, and all State matters.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]
Defendant's Signature

Trenton NJ
City and State

### Directions to the United States Marshal

☒ The defendant is ORDERED released after processing.
☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: Sept 18, 2026

[signature]
*Judicial Officer's Signature*

Tonianne J. Bongiovanni, USMJ
*Printed Name and Title*